## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and
on behalf of all others similarly situated,

        Plaintiff,

        vs.

MICHAEL D. WATFORD, GARLAND R.
SHAW, C. BRADLEY JOHNSON, DAVID W.
HONEYFIELD and JERALD J. STRATTON JR.,

        Defendants.

Civil Action No. 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and on behalf
of all others similarly situated,

        Plaintiff,

        vs.

MICHAEL D. WATFORD, GARLAND R.
SHAW, C. BRADLEY JOHNSON, DAVID W.
HONEYFIELD and JERALD J. STRATTON JR.,
        Defendants.

## [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING
## LEAD PLAINTIFF AND COUNSEL

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.      The Motion of Harold Weber to Consolidate Related Actions, for Appointment as

Lead Plaintiff and Approval of Counsel is granted.

II.     The above-captioned actions are hereby consolidated pursuant to Federal Rule of

Civil Procedure 42(a) for all purposes.

III.    Harold Weber is hereby appointed as Lead Plaintiff for the proposed Class

pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation

Reform Act of 1995.

IV.     Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed

Class.


SO ORDERED, this ___ day of _____, 2020


_____
The Honorable Kristen L. Mix
United States Magistrate Judge