# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

MICHAEL D. WATFORD, GARLAND R. SHAW, C. BRADLEY JOHNSON, DAVID W. HONEYFIELD and JERALD J. STRATTON JR.,

    Defendants.

---

Civil Action No. 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

MICHAEL D. WATFORD, GARLAND R. SHAW, C. BRADLEY JOHNSON, DAVID W. HONEYFIELD and JERALD J. STRATTON JR.,

    Defendants.

---

## DECLARATION OF LAURENCE HASSON

I, LAURENCE HASSON, hereby declare under penalty of perjury that:

1. I am a Partner with Bernstein Liebhard LLP. I make this Declaration in Support of Harold Weber's Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: Harold Weber's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A) and the Jeffrey Weber Assignment;

Exhibit C: Harold Weber's Loss Chart;

Exhibit D: Harold Weber's Declaration; and

Exhibit E: Firm Résumé of Bernstein Liebhard, LLP.

Executed: November 2, 2020        /s/Laurence J. Hasson
                                  LAURENCE J. HASSON

## CERTIFICATE OF SERVICE

I, Laurence J. Hasson, hereby certify that on November 2, 2020, a true and correct copy of the annexed **DECLARATION OF LAURENCE HASSON** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 2, 2020 */s/Laurence J. Hasson*
Laurence J. Hasson