**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MICHAEL D. WATFORD, et al.,

    Defendants.

---

Civil Action No. 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MICHAEL D. WATFORD, et al.,

    Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

Having considered Sankar Karuppasamy's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, (1) *Subramanian v. Watford*, No. 1:20-cv-02652-CMA-STV, and *Bussom v. Watford*, No. 1:20-cv-02820-KLM, are hereby consolidated as:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re ULTRA PETROLEUM CORP. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:20-cv-02652-CMA-STV |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To:<br>    ALL ACTIONS. | ) ) ) ) | |

(a) The file in Case No. 1:20-cv-02652-CMA-STV shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions on behalf of purchasers of Ultra Petroleum Corporation securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c) This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Sankar Karuppasamy is appointed as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the purported class. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial

and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

    IT IS SO ORDERED.

DATED: _____

                                 _____
                                 THE HON. CHRISTINE M. ARGUELLO
                                 UNITED STATES DISTRICT JUDGE