IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02820-KLM

ANDREW BUSSOM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MICHAEL D. WATFORD,
GARLAND R. SHAW,
C. BRADLEY JOHNSON,
DAVID W. HONEYFIELD, and
JERALD J. STRATTON, JR.,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion of Harold Weber for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel** [#7], on **Proposed Lead Plaintiff Sankar Kuruppasamy's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel** [#9], and on the **Motion of the Ultra Petroleum Investor Group for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel** [#10] (collectively, the "Motions"). The Motions [#7, #9, #10] seek, in part, consolidation of this action with Case No. 20-cv-02652-CMA-STV. Pursuant to D.C.COLO.LCivR 42.1, "[a] motion to consolidate shall be filed in the lowest numbered case included in the proposed consolidation and shall be decided by the district judge to whom the lowest numbered case is assigned." Thus, District Judge Arguello will be determining whether consolidation of these two cases is appropriate. Further, Local Rule 42.1 states: "A notice of filing of a motion to consolidate shall be filed by the movant as a party . . . in all other cases proposed for consolidation." Thus, the parties' filing of identical motions in 20-cv-02652-CMA-STV and in this action was inappropriate. The motions should have been filed only in 20-cv-02652-CMA-STV, and only a *notice* of the filing of the motions in the lower-numbered case should have been filed in this case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#7, #9, #10] are **DENIED**. The issues

raised in the Motions will be determined through resolution of the identical motions filed in 20-cv-02652-CMA-STV.

Dated:  November 3, 2020