IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02820-KLM

ANDREW BUSSOM, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

MICHAEL D. WATFORD,
GARLAND R. SHAW,
C. BRADLEY JOHNSON,
DAVID W. HONEYFIELD, and
JERALD J. STRATTON, JR.,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court sua sponte. Given that there are several Motions to Consolidate and Motions to Appoint Lead Counsel pending in Civil Action No. 20-cv-02652-CMA-STV which, if granted, will directly impact the course of litigation in this action,

IT IS HEREBY **ORDERED** that the Scheduling Conference set for January 19, 2021, at 10:00 a.m. is **VACATED**.

IT IS FURTHER **ORDERED** that the January 12, 2021 deadline to file a proposed Scheduling Order is **VACATED**.

IT IS FURTHER **ORDERED** that the January 5, 2021 deadline for parties to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3-1] is **VACATED**.[1] *Minute Order* [#5].

Dated: January 11, 2021

_____

[1] The Court notes that the parties, without explanation, failed to meet this deadline or request an extension of time in which to comply. Nevertheless, in the interest of expediency, and given the procedural posture of the case, the Court will reset this deadline, if necessary, following resolution of the relevant motions in Civil Action No. 20-cv-02652-CMA-STV.